AO 91 (Rev. 01/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  25-412 PO |
| Werlein VAZQUEZ-Perez | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>April 09, 2025</u> in the county of <u>Dona Ana</u> in the  <u>State and</u>  District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers.

This criminal complaint is based on these facts:

On April 09, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. The Defendant knowingly entered the United States illegally on April 09, 2025, by crossing the U.S./Mexico International Boundary afoot, approximately eight mile(s) east of the Santa Teresa, New Mexico Port of Entry. This area is not a Port of Entry as designated by the Appropriate Authority of the United States.  Thus, the Defendant is present in the United States without admission by an Immigration Officer.

☐   Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Calzada  Agent
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ by telephone.

Date:  April 11, 2025

_____
*Judge's signature*

City and state:   Las Cruces, N.M.

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*